# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

138527

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 138527
      COA: 289418
      Genesee CC: 07-021416-FC

KORY JAMES GROSS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 13, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

_____
Clerk

l0615